# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREYSTONE NEVADA, LLC, A DELAWARE COMPANY; AND U.S. HOME CORPORATION, A DELAWARE CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE SUSAN JOHNSON, DISTRICT JUDGE,
Respondents,
and
GERALD FOSTER; MICHAEL N. BALLESTEROS TRUST; SALVATORE BARTOLOMEO; MARIA BARTOLOMEO, HUSBAND & WIFE; BERTOLI FAMILY TRUST; BETTINA BROWN; FAITH ANNE ELIAS-VANDYKE; JEREMY BURNINGHAM; KALLI BURNINGHAM, HUSBAND & WIFE; RUSSELL COLLETTA; JOYCE COLLETTA, HUSBAND & WIFE; MELVIN DEROLF, JR.; MADALYNE DEROLF, HUSBAND & WIFE; LORI FACCINTO; SHEILA GAISER; THOMAS J. GEARING LIVING TRUST; 10224 BLACK FRIAR COURT TRUST; SATICOY BAY LLC SERIES 7342 TANGLEWOOD PARK; DAISY TRUST; CHRISTOPHER BRIAN HARRIS; SCOTT KING; CATHERINE KING, HUSBAND & WIFE; ANDREW E. LANZINO, III; MARYSOL LUNA; ROSHAL MADDIES; MCKINNON FAMILY TRUST; JASON MEVORAH; SUZIE MEVORAH, HUSBAND & WIFE; PETER PENNOCK; DARLENE

No. 73570

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

17-44233

PENNOCK, HUSBAND & WIFE; MARIO PEREZ; ANTONIA SOLIS DE-BOLIVIAR, HUSBAND & WIFE; JANEITHIA PROFIT; ALEXIAN RAMOS; ANNABELLE NUDO, HUSBAND & WIFE; RENEE RAMSEY; DAVID RATHBUN; TINA MARIE REBELLO; ROBONE REVOCABLE LIVING 1991 TRUST; RCM LIVING TRUST; DARREN SHEPARD; RACHEL EALY, HUSBAND & WIFE; STEPHEN TORSKY; KANIKA TOSTON; CID VICENTE; RACHEL VICENTE, HUSBAND & WIFE; JAMES WHEELER; MARK YOUNG; SADIE HOCKENHULL; 7233 BEACHWOOD LLC; DXY FUND LLC; MARTIN AGUILAR; FRANK ALTERMAN; LORETTA ALTERMAN, HUSBAND & WIFE; ZACHARY BALL; KIMBERLY BALL, HUSBAND & WIFE; DANIEL BURKHART; DUSTIN CASSIDAY; ROGER CLUCK; ELENA CLUCK, HUSBAND & WIFE; TIFFANY DIAZ; VALERIE DIXON; MATTHEW DIXON; DKNC INVESTMENTS INC.; LEE GAINES; BETTY GAINES, HUSBAND & WIFE; DEZMAN GALWAY; PATRICK GILL; HONEYLYN GODINEZ; BREONA GRAY; MATHIEU GRISBY; SVEIN HALAND; TINA HALAND, HUSBAND & WIFE; ROBERT HATCH; GERTRUD HATCH, HUSBAND & WIFE; GREGORY HJELSTROM; CRAIG HOLMES; DEBRA HOLMES, HUSBAND & WIFE; CHRISTOPHER HYNES; CARLEE RICHARDS, HUSBAND & WIFE; ROBERT JAMISON; STACEY JAMISON, HUSBAND & WIFE; JASON JORY; ANNA KISON; ALDEN KISON,

SUPREME COURT
OF
NEVADA

(O) 1947A

2

HUSBAND & WIFE; KATHERINE LEWIS; DIANE LEWIS; JEFFREY LISTON; JANICE LISTON, HUSBAND & WIFE; WILLIAM LUBITZ; AMY LUBITZ, HUSBAND & WIFE; LESLIE LUCERO; RYAN LUCERO; MA & PA FAMILY TRUST; ALFREDO MACIAS; JUVENAL MAGANA-SALINAS; ROBERT MONTGOMERY; JILL MONTGOMERY, HUSBAND & WIFE; THEODORE MORRIS, JR.; ANGELA MORRIS, HUSBAND & WIFE; MOST FAMILY TRUST; ASHLEY LYNN ORTEGA; KUN HO PAK; RICHARD DAVID PETRAS, III; JAMES PICCINETTI; DEREK PLYMATE; PATRICIA PLYMATE, HUSBAND & WIFE; WAYNE REILLY; NANCY REILLY, HUSBAND & WIFE; DAWN RICCI; LINDA SAENZ; LON SALZMAN; CATHERINE SALZMAN, HUSBAND & WIFE; EDWIN R. SCHULER MANAGEMENT TRUST; CRAIG SEIDEL; MICHELLE SIBRIE; ARMAND JOSEPH TETREAULT; JOHANNA WALTER; TRAVIS WIDEEN; WILLOW BRUSH BUSINESS TRUST; DAVID WILMOTH; AMY WILMOTH, HUSBAND & WIFE; TOMMY ZYP; AND JANICE ZYP, HUSBAND & WIFE,
Real Parties in Interest.

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court orders partially denying a motion to dismiss and granting a motion for partial reconsideration in a construction defect action.

Having reviewed the parties' briefs and the record, we are not persuaded that the district court arbitrarily or capriciously exercised its

Supreme Court
OF
Nevada

(O) 1947A

discretion so as to warrant our extraordinary and discretionary intervention at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Int'l Game Tech, Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Susan Johnson, District Judge
     Payne & Fears LLP
     Canepa Riedy Abele
     Lattie Malanga Libertino, LLP
     Eighth District Court Clerk